IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0205 PJH |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] STIPULATED ORDER RE: TRAVEL TO THE DISTRICT OF NEVADA |
| KATHLEEN WONG, | ) | |
| Defendant. | ) | |

The defendant in the above-entitled case has been released on a secured bond. Through counsel, Ms. Wong has petitioned this Court for permission to travel to Las Vegas, in the District of Nevada.

The government has no objection to this proposed modification of the terms of Ms. Wong's supervised release.

Therefore, for good cause shown, the defendant's terms of supervised release are modified as follows:

1. Ms. Wong shall be permitted to travel to Las Vegas, Nevada, from August 19 through August 23 for a family vacation, after she has first informed her Pretrial Services Officer of the

//

//

*WONG*, CR 3-04-30347 EMC
ORD. MOD. TERMS SUPER. RELEASE

1  itinerary for her travel, and after she has first received permission from her Pretrial Services Officer
2  for the travel; A KATHLEEN WONG SHALL PROVIDE PRETRIAL SERVICES OFFICER
3  MICHELLE NERO WITH HER ITINERARY BEFORE HER DEPARTURE ON AUGUST 19.

4  IT IS SO ORDERED.

6  17 Aug 05
   DATED
                                            by [signature]
                                            _____
                                            EDWARD M. CHEN
                                            United States Magistrate Judge

9  IT IS SO STIPULATED.

11  8/11/05
    DATED
                                            _____
                                            KEVIN V. RYAN
                                            United States Attorney
                                            Northern District of California
                                            PHIL KEARNEY
                                            Assistant United States Attorney

17  August 9, 2005
    DATED
                                            _____
                                            BARRY J. PORTMAN
                                            Federal Public Defender
                                            Northern District of California
                                            STEVEN G. KALAR
                                            Assistant Federal Public Defender