E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0205 PJH |
| Plaintiff, | ) | [~~PROPOSED~~] STIPULATED ORDER MODIFYING CONDITIONS OF RELEASE |
| v. | ) | |
| KATHLEEN WONG, | ) | |
| Defendant. | ) | |

The defendant in the above-entitled case was released on a secured bond that required the posting of two properties. Since that release, she has posted one property has had fully complied with all of the terms of her release.

The defense has accordingly moved this Court to permit Ms. Wong's continued release on the security of the one property already posted. The government has no objection to this motion.

//
//
//
//
//
//
//
//

*Wong*, CR 05-0205 PJH
ORD. MODIFYING TERMS RELEASE

Therefore, for good cause shown the conditions of Ms. Wong's pretrial release are modified. The one property already posted in her matter shall be deemed sufficient security for her continued release.

IT IS SO ORDERED.

10/6/05
Dated

EDWARD M. CHEN
United States Magistrate Judge

10/3/05
Dated

KEVIN V. RYAN
United States Attorney
Northern District of California

PHIL KEARNEY
Assistant United States Attorney

September 29, 2005
Dated

BARRY J. PORTMAN
Federal Public Defender
Northern District of California

STEVEN G. KALAR
Assistant Federal Public Defender