IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0205 PJH |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] STIPULATED ORDER RE: TRAVEL TO HAWAII |
| KATHLEEN WONG, | ) | |
| Defendant. | ) | |

The defendant in the above-entitled case has been released on a secured bond. Through counsel, Ms. Wong has petitioned this Court for permission to travel to the District of Hawai'i.

The government has no objection to this proposed modification of the terms of Ms. Wong's supervised release.

Therefore, for good cause shown, the defendant's terms of supervised release are modified as follows:

1. Ms. Wong shall be permitted to travel to the District of Hawai'i, after she has first informed her Pretrial Services Officer of the itinerary for her travel, and after she has first received

1   permission from her Pretrial Services Officer for the travel;

3   IT IS SO ORDERED.

6   DATED 12/16/05                                          E~~DWARD M. CHEN~~ Phyllis J. Hamilton
                                                            United States M~~agistrate~~ Judge
                                                                        District

8   IT IS SO STIPULATED.

10                                                                      /s/
11  DATED                                                   KEVIN V. RYAN
                                                            United States Attorney
12                                                          Northern District of California
                                                            PHIL KEARNEY
13                                                          Assistant United States Attorney

16                                                                      /s/
17  DATED                                                   BARRY J. PORTMAN
                                                            Federal Public Defender
18                                                          Northern District of California
                                                            STEVEN G. KALAR
19                                                          Assistant Federal Public Defender