1
2
3                                                    E-filing
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   UNITED STATES OF AMERICA,              )        CR05-205 PJH
                                           )   No. CR 3-04-30347 EMC
10                        Plaintiff,       )
                                           )
11          v.                             )   [PROPOSED] STIPULATED ORDER
                                           )   RE: TRAVEL TO LAKE TAHOE
12  KATHLEEN WONG,                         )
                                           )
13                        Defendant.       )
                                           )
14
15          The defendant in the above-entitled case has been released on a secured bond. Through

16  counsel, Ms. Wong has petitioned this Court for permission to travel to the Lake Tahoe, California
17
    from April 19 through April 23, 2006.
18
            The government has no objection to this proposed modification of the terms of Ms. Wong's
19
    pretrial release.
20
            Therefore, for good cause shown, the defendant's terms of pretrial release are modified as
21
    follows:
22
    1.      Ms. Wong shall be permitted to travel to Lake Tahoe, California, after she has first informed
23
            her Pretrial Services Officer of the itinerary for her travel, and after she has first received
24
25
26

    *WONG*, CR 3-04-30347 EMC
    ORD. MOD. TERMS PRETRIAL. RELEASE

1    permission from her Pretrial Services Officer for the travel;

2

3    IT IS SO ORDERED.

4

5    4/12/06

6    DATED                                    EDWARD M. CHEN
                                              United States Magistrate Judge
7

8    IT IS SO STIPULATED.

9

10   4/5/06

11   DATED                                    KEVIN V. RYAN
                                              United States Attorney
12                                            Northern District of California
                                              PHIL KEARNEY
13                                            Assistant United States Attorney

14

15

16   4/6/06

17   DATED                                    BARRY J. PORTMAN
                                              Federal Public Defender
18                                            Northern District of California
                                              STEVEN G. KALAR
19                                            Assistant Federal Public Defender

20

21   -

22

23

24

25

26

     *WONG*, CR 3-04-30347 EMC
     ORD. MOD. TERMS PRETRIAL. RELEASE          2