IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KATHLEEN WONG,<br><br>　　　　　　　Defendant. | No. CR 3-04-30347 EMC<br><br>[PROPOSED] STIPULATED ORDER RE: TRAVEL WITHIN THE STATE OF CALIFORNIA |

　　　The defendant in the above-entitled case has been released on a secured bond that limits her travel to the Northern District of California.

　　　Ms. Wong has been out of custody for over a year and a half, and has had no problems while on pretrial release. She has entered a guilty plea and is currently awaiting sentencing.

　　　Ms. Wong occasionally travels outside of the Northern District for family vacations or work trips. The defense has asked that her travel restriction be expanded to include the State of California. The government has no objection to this request.

　　　Therefore, for good cause shown, the defendant's terms of pretrial release are modified as follows:

1. The conditions of Ms. Wong's pretrial release are modified to permit her to travel within the State of California.

IT IS SO ORDERED.

May 5, 2006
_____
DATED

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)

Case 3:05-cr-00205-PJH   Document   Filed 05/05/2006   Page 2 of 2

IT IS SO STIPULATED.

5/3/06
_____
DATED

KEVIN V. RYAN
United States Attorney
Northern District of California
NAHLA RAJAN
Assistant United States Attorney

5/4/06
_____
DATED

BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender

*WONG*, CR 3-04-30347 EMC
ORD. MOD. TERMS PRETRIAL. RELEASE          2