IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KATHLEEN WONG,<br><br>　　　　　Defendant. | No. CR ~~3-04-30347 EMC~~  05-0205 PJH<br><br>~~[PROPOSED]~~ STIPULATED ORDER RE: TRAVEL TO LAKE TAHOE, NEVADA FROM JULY 28 THROUGH JULY 31, 2006 |

　　　The defendant in the above-entitled case has been released on a secured bond that limits her travel to the Northern District of California. The order was later modified to permit her travel within California.

　　　Ms. Wong has been out of custody for over a year and a half, and has had no problems while on pretrial release. She has entered a guilty plea and is currently awaiting sentencing.

　　　Ms. Wong requests that she be permitted to travel to Lake Tahoe, Nevada, from July 28 through July 31, 2006, for a family vacation. The government has no objection to this request.

//
//
//
//

*WONG*, CR 3-04-30347 EMC
ORD. MOD. TERMS PRETRIAL. RELEASE

Therefore, for good cause shown, the defendant's terms of pretrial release are modified to permit her travel to Lake Tahoe, Nevada, from July 28 through July 31, 2006.

IT IS SO ORDERED.

7/19/06
DATED

EDWARD M. CHEN
United States Magistrate Judge

IT IS SO STIPULATED.

7/17/06
DATED

KEVIN V. RYAN
United States Attorney
Northern District of California
NAHLA RAJAN
Assistant United States Attorney

7/19/06
DATED

BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender

WONG, CR 3-04-30347 EMC
ORD. MOD. TERMS PRETRIAL. RELEASE          2