E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KATHLEEN WONG,<br><br>    Defendant. | No. CR 05-0205 PJH<br><br>[PROPOSED] STIPULATED ORDER RE: TRAVEL TO THE DISTRICT OF NEVADA |

The defendant in the above-entitled case has been released on a secured bond. Through counsel, Ms. Wong has petitioned this Court for permission to travel to Las Vegas, in the District of Nevada.

The government has no objection to this proposed modification of the terms of Ms. Wong's supervised release.

Therefore, for good cause shown, the defendant's terms of supervised release are modified as follows:

1. Ms. Wong shall be permitted to travel to Las Vegas, Nevada, from October 16, 2006 through October 25, 2006 for a family vacation, after she has first informed her Pretrial Services Officer

of the itinerary for her travel, and after she has first received permission from her Pretrial Services Officer for the travel.

IT IS SO ORDERED.

10/12/06
DATED

Nandor J. Vadas
~~EDWARD M. CHEN~~
United States Magistrate Judge

IT IS SO STIPULATED.

10/10/06
DATED

KEVIN V. RYAN
United States Attorney
Northern District of California
PHIL KEARNEY
Assistant United States Attorney

10/12/06
DATED

BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender