|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-0205 PJH |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] STIPULATED ORDER CONTINUING SENTENCING |
| v. | ) |
| KATHLEEN WONG, | ) |
| Defendant. | ) |

The above-entitled matter is currently scheduled for a hearing to set a sentencing date on Wednesday, December 6, 2006. The parties jointly agree that continued investigation in the case merits a continuance of sentencing. Therefore, the parties jointly request that the matter to be added to this Court's calendar to set a sentencing date on Wednesday, January 10, 2007 at 2:30 p.m.

//
//
//
//
//
//
//
//
//
//

*Wong*, CR 05-0205 PJH
ORD. SET SENTENCING

1 | For good cause shown, the December 6 appearance is vacated and the matter shall be added to the Court's 2:30 calendar on January 10, 2007 to set a sentencing date.

IT IS SO ORDERED.

12/4/06
Dated

PHYLLIS J. HAMILTON
United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

IT IS SO STIPULATED.

12/1/06
Dated

KEVIN V. RYAN
United States Attorney
Northern District of California

PHILLIP KEARNEY
Assistant United States Attorney

12/1/06
Dated

BARRY J. PORTMAN
Federal Public Defender
Northern District of California

STEVEN G. KALAR
Assistant Federal Public Defender