ORIGINAL

FILED

JAN 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0205 PJH |
| Plaintiff, | [PROPOSED] STIPULATED |
| v. | ORDER CONTINUING SENTENCING |
| KATHLEEN WONG, | |
| Defendant. | |

The above-entitled matter is currently scheduled for a hearing to set a sentencing date on Wednesday, January 10, 2007. The parties jointly agree that continued investigation in the case merits a continuance of sentencing. Therefore, the parties jointly request that the matter to be added to this Court's calendar to set a sentencing date on Wednesday, February 14, 2007 at 2:30 p.m.

//
//
//
//
//
//
//
//
//
//
//

*Wong*, CR 05-0205 PJH
ORD. SET SENTENCING

1  For good cause shown, the January 10 appearance is vacated and the matter shall be

2  added to the Court's 2:30 calendar on February 14, 2007 to set a sentencing date.

3  IT IS SO ORDERED.

4

5  1/11/07

6  Dated

PHYLLIS HAMILTON
United States Magistrate Judge

7

8  IT IS SO STIPULATED.

9  1/10/07

10  Dated

KEVIN V. RYAN
United States Attorney
Northern District of California

11

12

13  PHILIP KEARNEY

14  Assistant United States Attorney

15

16

17  1/10/07

18  Dated

BARRY J. PORTMAN
Federal Public Defender
Northern District of California

19

20

21  STEVEN G. KALAR

22  Assistant Federal Public Defender

23

24

25

26

27

28

*Wong*, CR 05-0205 PJH
ORD. SET SENTENCING                2