IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | No. CR 05-0205 PJH |
| v. | ) ) | [~~PROPOSED~~] STIPULATED ORDER |
| KATHLEEN WONG, | ) ) | RE: TRAVEL TO THE DISTRICT OF NEVADA |
| Defendant. | ) ) ) | |

The defendant in the above-entitled case has been released on a secured bond. Through counsel, Ms. Wong has petitioned this Court for permission for her to travel to the District of Nevada on a family vacation.

The government has no objection to this proposed modification of the terms of Ms. Wong's pretrial release.

Therefore, for good cause shown, the defendant's terms of pretrial release are modified as follows:

1. Ms. Wong shall be permitted to travel within the District of Nevada from March 28 through April 4, 2007;

*WONG*, CR 05-0205 PJH
ORD. MOD. TERMS PRETRIAL RELEASE

2. Before this trip, Ms. Wong shall first inform her Pretrial Services officer of the itinerary for her travel.

IT IS SO ORDERED.

March 20, 2007
_____
DATED

EDWARD M. CHEN
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

IT IS SO STIPULATED.

3.14.07_____     /s_____
DATED                          SCOTT SCHOOLS
                               United States Attorney
                               Northern District of California
                               BRIGID MARTIN
                               Assistant United States Attorney

3.14.07_____     /s_____
DATED                          BARRY J. PORTMAN
                               Federal Public Defender
                               Northern District of California
                               STEVEN G. KALAR
                               Assistant Federal Public Defender

*WONG*, CR 05-0205 PJH
ORD. MOD. TERMS PRETRIAL RELEASE        2