```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Acting Chief, Criminal Division

 4  PHILIP J. KEARNEY (CSBN 114978)
    Assistant United States Attorney
 5
    450 Golden Gate Avenue
 6  San Francisco, California 94102
    Telephone: (415) 436-6758
 7
    Attorneys for Plaintiff
 8
```

FILED
04 OCT 21 AM 11: 14
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No. CR 03-04-30348 EMC |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER EXCLUDING TIME |
| KATHY TING WONG, | ) |
| Defendant. | ) |

The above-captioned matter came before the Court on October 20, 2004, for identification of counsel in United States Magistrate Court. The defendant was represented by Bill Fazio, Esq., and the government was represented by Philip J. Kearney, Assistant United States Attorney. The case was set for preliminary hearing and bond review on November 15, 2004, at 9:30 a.m. The Court made a finding on the record that the time between October 20, 2004, and November 15, 2004 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 03-04-30348 EMC

speedy trial. That finding was based on the defendant's request for additional time to insure the effective preparation of his counsel. Counsel for the defendant indicated a need for additional time to adequately prepare the matter, taking into account the exercise of due diligence. That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until November 15, 2004 at 9:30 a.m. and that an exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:

BILL FAZIO, ESQ.
Counsel for DEFENDANT

DATED: 10/20/04

PHILIP J. KEARNEY
Assistant United States Attorney

So ordered.
DATED: 10/20/04

JOSEPH C. SPERO
UNITED STATES MAGISTRATE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 03-04-30348 EMC            2

TOTAL P.03

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

### UNITED STATES OF AMERICA v. KATHY TING WONG

### CR 03 - 04 - 30348 EMC

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

### STIPULATION AND ORDER EXCLUDING TIME

to be served this date on the party(ies) in this action,

**Via U.S. Mail to:**

**Bill Fazio**
**234 Van Ness Avenue**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 21, 2004

Mae Chu, Legal Assistant
for AUSA Philip Kearney